# NO. 12-08-00490-CV
# NO. 12-08-00491-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| **IN THE ESTATE OF** | § | **APPEALS FROM THE** |
| **IVOR D. BYFORD,** | § | **COUNTY COURT OF** |
| **DECEASED** | § | **VAN ZANDT COUNTY, TEXAS** |

## MEMORANDUM OPINION
### PER CURIAM

On December 18, 2008, Nona Parkerson filed a notice of appeal in appellate cause numbers 12-08-00490-CV and 12-08-00491-CV. The caption of each notice of appeal indicated that the appealed judgment was from the County Court of Van Zandt County, Texas. In the body of each notice, however, the appealed judgment was described as having been rendered by the 294th Judicial District Court of Van Zandt County. A third notice of appeal was filed on the same date (appellate cause number 12-08-00489-CV), which also described the district court judgment but named the district court in its caption.

On January 5, 2009, this court notified Parkerson, pursuant to Texas Rule of Appellate Procedure 37.1, that the information received in these appeals does not contain a final judgment or other appealable order from the county court. Parkerson was further informed that the appeals would be dismissed if the information received in the appeals was not amended on or before January 15, 2009 to show the jurisdiction of this court. We have received information that the notices of appeal were filed in cause numbers 12-08-00490-CV and 12-08-00491-CV as a precaution only due to the unique procedural history of the case. We were further informed that the county court did not enter any judgment that was the intended subject of these appeals. Accordingly, the appeals are ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered January 30, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)